**FILED**

March 12, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

VANESSA LYNN CLARK,               §
                                  §
            Plaintiff,            §
                                  §
v.                                §        CIVIL NO. SA-25-CV-1270-OLG
                                  §
AUSTIN TAYLOR SUTTON *et al.*,    §
                                  §
            Defendants.           §

## ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Report") (Dkt. No. 10) concerning Plaintiff Vanessa Lynn Clark's request to proceed in forma pauperis in these proceedings. *See* Dkt. No. 1. Plaintiff filed objections (the "Objections") (Dkt. No. 12) to the Report.

When a party objects to a magistrate judge's report and recommendation, the district court must conduct a de novo review as to those portions of the report and recommendation to which an objection is made. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Frivolous, conclusory, or general objections need not be considered by the district court. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the magistrate judge's finding or recommendation that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has conducted a de novo review of those portions of the Report subject to the Objections and is of the opinion that the Report is correct, and that the Objections are without merit as to Judge Bemporad's ultimate findings. Because the present case "arises from the same series of events and alleges many of the same facts as an earlier suit," it is malicious within the meaning of 28 U.S.C. § 1915(e). *Clark v. Weber*, No. 25-CV-1268-XR, 2026 WL 510802, at *2

(W.D. Tex. Feb. 20, 2026) (citation modified). Accordingly, the Objections (Dkt. No. 12) are **OVERRULED**, the Report (Dkt. No. 10) is **ACCEPTED** and, for the reasons set forth therein, Plaintiff's case is **DISMISSED** as malicious under § 1915(e).

**IT IS SO ORDERED.**

**SIGNED** on March ___12___, 2026.

ORLANDO L. GARCIA
United States District Judge

2